

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

APR 13 2006

J T NOBLIN, CLERK
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

**CHRIS KIRK**                                                               **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 2:05cv2177-KS-JMR**

**LARRY DYKES, et al.**                                                  **DEFENDANTS**

<u>ORDER</u>

Upon consideration of the conditions of confinement complaint filed pursuant to

42 U.S.C. § 1983 by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That within twenty days of this date plaintiff shall file a written response as follows:

(a) specifically state how defendant Larry Dykes personally violated the plaintiff's constitutional

rights; and (b) specifically state the following in reference to defendant " John Doe": (1) the job title

of that defendant; (2) the proper name of that defendant; (3) an address for that defendant; and (4)

explain with specificity how that defendant violated plaintiff's constitutional rights, OR (5) dismiss

"John Doe" as a defendant in this cause.

This requirement is made because the original complaint is unclear concerning these matters.

2. **That failure to advise this Court of a change of address or failure to timely comply with**

**any Order of this Court will be deemed as a purposeful delay and contumacious act by the**

**plaintiff and will result in this cause being dismissed without prejudice and without further notice**

**to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last

known address.

THIS, the __13th__ day of April, 2006.

s/ John M. Roper
CHIEF MAGISTRATE JUDGE