IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHRIS KIRK

VS.                                            CIVIL ACTION NO. 2:05cv2177-KS-MTP

LARRY DYKES, ET AL

ORDER

This cause came on this date to be heard upon the Proposed Report and Recommendations of the United States Magistrate Judge entered herein on August 24, 2006, after referral of hearing by this Court, no objections having been filed as to the Proposed Report and Recommendations, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Proposed Report of Fact and Recommendations should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Proposed Report and Recommendations be, and the same hereby are, adopted as the finding of this Court, and the Motion for Temporary Restraining Order and Preliminary Injunction [9] is hereby dismissed as moot.

SO ORDERED AND ADJUDGED on, this the 14th day of September, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE